**Electronically Filed**
**Supreme Court**
**SCPW-24-0000772**
**19-FEB-2025**
**10:55 AM**
**Dkt. 20 ODDP**

SCPW-24-0000772

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI
_____

DAVID MICHAEL BLOCH, an individual; and KULA DAVES INC., a for profit S Corporation, by and through David Bloch, Petitioners,

vs.

THE HONORABLE JEFFREY NG,
Judge of the Family Court of the Third Circuit,
State of Hawaiʻi, Respondent Judge,

and

JEREMY BUTTERFIELD, ESQ. and ANNETTE BLOCH, Respondents.
_____

ORIGINAL PROCEEDING
(CASE NO. 3FDV-22-0000791)

<u>ORDER DENYING PETITION AND MOTION FOR STAY</u>
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the petition for writ of mandamus or prohibition filed on November 13, 2024, the motion for stay pending appeal filed on November 29, 2024, and the record, Petitioner has not demonstrated that an extraordinary writ is warranted because an extraordinary writ is not meant to be used in lieu of normal appellate procedures.  <u>See</u> <u>Womble Bond</u>

Dickinson (US) LLP v. Kim, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).

Petitioner has also not demonstrated that a stay is warranted.  See Stop Rail Now v. DeCosta, 120 Hawaiʻi 238, 243, 203 P.3d 658, 663 (App. 2008).

It is ordered that the petition and motion for stay pending appeal are denied.

DATED:  Honolulu, Hawaiʻi, February 19, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

